FILED
U.S. DISTRICT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

07 AUG -1 PM 3:13

OFFICE OF THE CLERK

| | | |
|---|---|---|
| JAMES TRACY SMALL, | ) | CASE NO. 8:05CV402 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | WITH PREJUDICE |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation of the parties that the above-captioned action be dismissed, with prejudice, each party to pay their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should be entered. Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, each party to pay their own costs and complete record waived.

Dated this 1st day of August, 2007.

BY THE COURT:

_____
Honorable Joseph F. Bataillon
United States District Court Judge